TOWN OF GLOCESTER

v.

## OLIVO'S MOBILE HOME COURT, INC.

### No. 80–227–M.P.

Supreme Court of Rhode Island.

July 3, 1980.

Edwards & Angell, Robert G. Flanders, Jr., Charles J. Rogers, Jr., Providence, for plaintiff–respondent.

Shuman, Ross & Spiliakos, Robert A. Shuman, Stephen R. White, Providence, for defendant–petitioner.

## ORDER

The petition for writ of certiorari is denied.

DORIS, J., did not participate.

VALLEY GAS COMPANY

v.

### Edward F. BURKE.

### No. 80–58–M.P.

Supreme Court of Rhode Island.

July 3, 1980.

Edwards & Angell, Deming E. Sherman, Edward F. Hindle, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., John R. McDermott, Spec. Asst. Atty. Gen., for respondent.

## ORDER

The respondents' motion for an amended opinion as prayed is denied.

DORIS, J., did not participate.

Gary VOLPE

v.

## STILLMAN WHITE CO.

### No. 78–279–A.

Supreme Court of Rhode Island.

July 3, 1980.

Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey, Howard I. Lipsey, Providence, for petitioner.

Hinckley, Allen, Salisbury & Parsons, Thomas J. Hogan, Robert W. Lovegreen, Providence, for respondent.

## ORDER

The motion for a counsel fee pursuant to G.L. 1956 (1979 Reenactment) § 28–35–32, as amended, is granted, and petitioner's counsel is awarded a counsel fee in the amount of $1000 for services rendered before this court, plus $70 for costs.

DORIS, J., did not participate.